An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGAN O. WALSH; AND NATHANIEL M. WALSH,
Appellants,
vs.
GREEN TREE SERVICING, LLC; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),
Respondents.

No. 60648

**FILED**

JUN 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Having considered the stipulation to dismiss this appeal, we approve it, and we dismiss the appeal. As provided in the stipulation, the parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Patrick Flanagan, District Judge
Mark L. Mausert
McCarthy & Holthus, LLP/Las Vegas
McCarthy & Holthus LLP/Reno
Washoe District Court Clerk

13-16828